IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL SIEBERT, | ) | |
| | ) | |
| Petitioner, | ) | (WO) |
| | ) | |
| v. | ) | Civil Action No. 3:01cv1097-A |
| | ) | |
| DONAL CAMPBELL, Commissioner of the Department of Corrections; CHARLIE E. JONES, Warden; and TROY KING, Attorney General of the State of Alabama, | ) ) ) ) ) | |
| Respondents. | ) | |

## **FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered in this case on this day,

Final Judgment is entered in favor of the Respondents, Donal Campbell, Commissioner of the Department of Corrections; Charlie E. Jones, Warden; and Troy King, Attorney General of the State of Alabama, and against the Petitioner, Daniel Siebert.

Done this 4th of October, 2005.

      /s/ W. Harold Albritton
      W. HAROLD ALBRITTON
      SENIOR UNITED STATES DISTRICT JUDGE